## FARMERS NAT. BANK OF CUSHING v. BASIL, County Treasurer.

No. 22014. Opinion Filed Feb. 14, 1933.

Brown & Stater, for plaintiff in error.

Ernest F. Jenkins, County Attorney, for defendant in error.

PER CURIAM. Under the authority of rule 5, 87 Okla. xlx. and the doctrine of Atchison, T. & S. F. Ry. Co. v. Johnson, 85 Okla. 161, 204 P. 910, the appeal herein is dismissed.

## OKLAHOMA NAT. BANK OF CUSHING v. BASIL, County Treasurer.

No. 22016. Opinion Filed Feb. 14, 1933.

Thomas D. Lyons and Adelbert Brown, for plaintiff in error.

Ernest F. Jenkins, County Attorney, for defendant in error.

PER CURIAM. Under the authority of rule 5, 87 Okla. xix, and the doctrine of Atchison, T. & S. F. Ry. Co. v. Johnson, County Treasurer, 85 Okla. 161, 204 P. 910, the appeal herein is dismissed.

## ASKINS et al. v. BASIL, County Treasurer.

No. 22017. Opinion Filed Feb. 14, 1933.

Brown & Stater, for plaintiffs in error.

Ernest F. Jenkins, County Attorney, for defendant in error.

PER CURIAM. Under the authority of rule 5, 87 Okla. xix, and the doctrine of Atchison, T. & S. F. Ry. Co. v. Johnson, County Treasurer, 85 Okla. 161, 204 P. 910, the appeal herein is dismissed.